# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

DONALD ROBERTS, JR. et al.,

*Plaintiffs,*

v.

DTE ELECTRIC COMPANY,

*Defendant.*

Case No.: 25 Civ. 10829

Hon. F. Kay Behm

Mag. Kimberly G. Altman

## STIPULATED ORDER TO STAY CASE PENDING SETTLEMENT DISCUSSIONS

Defendant DTE Electric Company ("Defendant") and Plaintiffs Donald Roberts, Jr., Sheay Smeal, Artemas Snowberger, and Russell Ward III (collectively "Plaintiffs") (Plaintiffs together with Defendant, are hereinafter the "Parties"), through their respective counsel, submit the following Joint Stipulation to Stay the Case Pending Settlement Discussions.

WHEREAS, on February 11, 2026, Defendant served its first set of interrogatories and document demands on Plaintiff ("Defendant's Demands"), for which responses were due to be served on or before March 13, 2026;

WHEREAS, Defendant subsequently agreed to an extension of Plaintiff's time to respond to Defendant's Demands, up through and including April 13, 2026;

WHEREAS, on February 12, 2026, the Court issued the Second Amended Case Management Order (Docket No. 24) ("Scheduling Order"), setting forth case management deadlines for this action;

WHEREAS, on April 1, 2026, the Parties met and conferred regarding settlement pursuant to Rule 408;

WHEREAS, after conferring in good faith, the Parties have agreed that engaging in further settlement discussions and exchanging confidential data, pursuant to Rule 408, would be helpful in attempting to reach a resolution of this action; and

WHEREAS, the Parties stipulate and agree that to promote judicial economy and efficiency, the Action should be stayed for at least 60-days pending these ongoing settlement discussions.

IT IS HEREBY STIPULATED AND AGREED as follows:

- the Action, all discovery, and any associated deadlines, including those identified in the Scheduling Order and Plaintiffs' deadline to respond to Defendant's Demands, shall be stayed pending the Parties' settlement discussions;

- On June 2, 2026, the Parties shall inform the Court of the status of these settlement discussions. If the Parties inform the Court that settlement

2

negotiations were unsuccessful and/or terminated, the Parties shall propose

a revised scheduling order for the Court's consideration.


| MCKNIGHT, CANZANO, SMITH, RADTKE & BRAULT, P.C. | EPSTEIN BECKER & GREEN, P.C. |
|---|---|

By: */s/ Darcie R. Brault (with permission)*
Darcie R. Brault (P43864)
3950 W. Eleven Mile Rd.
Berkley, MI 48072
(248) 354-9650
dbrault@michworkerlaw.com

*Attorneys for Plaintiff*

By:  */s/ Adam S. Forman*
Adam S. Forman (P55633)
2000 Town Center, Suite 1900
Southfield, Michigan 48075
248.351.6287
AForman@ebglaw.com

Jeffrey H. Ruzal, Esq. (4006813)
Christopher Coyne (54322620)
875 Third Avenue
New York, NY 10022
Tel: (212) 351-4500
JRuzal@ebglaw.com
CCoyne@ebglaw.com

*Attorneys for Defendant*


IT IS HEREBY ORDERED.


Date: April 9, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge


3